In the Matter of the Construction of the Will of ETTA ELDRED, Deceased. EVELYN F. ROSBROOK, as Administratrix C. T. A. of ETTA ELDRED, Deceased, Respondent. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1, TOWNS OF ALTAMONT AND PIERCEFIELD, FRANKLIN AND ST. LAWRENCE COUNTIES, et al., Appellants.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.